IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JERRY HARTFIELD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-cv-98 |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## NOTICE OF APPEAL

Notice is given that all Respondents in the above referenced case hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's final judgment and memorandum order of April 29, 2011, in which the Court dismissed Petitioner's federal habeas application without prejudice. Mem. Order, ECF No. 57; Final J., ECF No. 58.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    DANIEL T. HODGE
    First Assistant Attorney General

    DON CLEMMER
    Deputy Attorney General
    for Criminal Justice

    EDWARD L. MARSHALL
    Chief, Postconviction Litigation Division

|  |  |
|---|---|
| | s/ Joseph P. Corcoran |
| | JOSEPH P. CORCORAN* |
| *Lead Counsel | Assistant Attorney General |
| | State Bar No. 00793549 |

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENTS

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 18th day of May, 2011, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorney of record, who consented in writing to accept this Notice as service of this document by electronic means:

Wayne R. Dickey  
Federal Public Defender  
110 N. College  
Suite 1122  
Tyler, Texas 75702

                                          s/ Joseph P. Corcoran  
                                          JOSEPH P. CORCORAN  
                                          Assistant Attorney General